UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES, )<br>)<br>PLAINTIFF, )<br>)<br>VS. )<br>)<br>JAMES NAJARIAN, )<br>)<br>DEFENDANT. ) | CRIM. NO. 07-336-DRD |

ORDER ON
DEFENDANT, JAMES NAJARIAN'S, MOTION TO ENLARGE TIME WITHIN
WHICH TO FILE OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

BEFORE the Court on this the __30th__ day of __April__, 2009, came on to be heard the Defendant's Motion to Enlarge Time Within Which to File Objections to the Presentence Investigation Report and, after due consideration of same, the Court is of the opinion that relief should be granted. It is therefore;

ORDERED that Defendant IS GRANTED an enlargement of time to and until May 11, 2009, within which to file his Objections to the Presentence Investigation Report.

SIGNED on this the __30th__ day of __April__, 2009.

_____
JUDGE PRESIDING